(June 26, 1996)

■ In the Matter of JOHN CALICCHIA, Petitioner, v PAUL E. KOWTNA et al., Respondents. [644 NYS2d 642]

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only when there exists a clear legal right to the relief sought *(see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought. Mangano, P. J., Balletta, Sullivan, Copertino and Pizzuto, JJ., concur.